[This opinion has been published in *Ohio Official Reports* at 76 Ohio St.3d 228.]

NATIONWIDE MUTUAL INSURANCE COMPANY, APPELLANT, *v*. GULA, APPELLEE.

[Cite as *Nationwide Mut. Ins. Co. v. Gula*, 1996-Ohio-64.]

*Insurance—Motor vehicles—Pursuant to former R.C. 3937.18, an underinsurance claim must be paid, when—Determining amount of underinsurance coverage to be paid.*

(No. 95-2668—Submitted July 10, 1996—Decided August 7, 1996.)

APPEAL from the Court of Appeals for Summit County, No. 17221.

———————————

*Robert J. Drexler*, for appellant.

———————————

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *Cole v. Holland* (1996), 76 Ohio St.3d ___, ___ N.E.2d ___.

DOUGLAS, RESNICK, F.E. SWEENEY AND PFEIFER, JJ., CONCUR.

MOYER, C.J., AND COOK, J., DISSENT.

STRATTON, J., NOT PARTICIPATING.

———————————